**STATE of Missouri, Respondent,**

v.

**John W. PULLIAM, Appellant.**

**No. WD 58823.**

Missouri Court of Appeals,
Western District.

Oct. 9, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 4, 2001.

Application for Transfer Denied
Jan. 22, 2002.

Kent Denzel, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General and Linda Lemke, Assistant Attorney General, Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, JAMES M. SMART, Judge, and LISA WHITE HARDWICK, Judge.

### ORDER

John W. Pulliam appeals the circuit court's judgment convicting him of possessing a controlled substance with the intent to deliver it. We affirm. Rule 30.25(b).